UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of August, two thousand twenty-five.

| | |
|---|---|
| Alla Kiseleva, | **ORDER** |
|     Plaintiff - Appellant, | Docket No. 25-1549 |
| v. | |
| Mark Greenspan, Adam Litman, BeautyFix Enterprises LLC, doing business as BeautyFix Medspa, BeautyFix Medical PLLC, doing business as BeautyFix Medical Spa, BeautyFix Holdings LLC, Beauty FX Spa, Inc., Maya Benayoun, | |
|     Defendants - Appellees. | |

    Appellant's Alla Kiseleva submission of a Form D-P does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

    IT IS HEREBY ORDERED that the said Form D-P is stricken from the docket.

    For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court