UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of August, two thousand twenty-five.

Alla Kiseleva,

    Plaintiff - Appellant,

v.

Mark Greenspan, Adam Litman, BeautyFix Enterprises LLC, doing business as BeautyFix Medspa, BeautyFix Medical PLLC, doing business as BeautyFix Medical Spa, BeautyFix Holdings LLC, Beauty FX Spa, Inc., Maya Benayoun,

    Defendants - Appellees.

**ORDER**
Docket No. 25-1549

A notice of appeal was filed on June 18, 2025. The Appellant's Form D-P due July 29, 2025 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective August 22, 2025 if the Form D-P is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

